# AIR FORCE TRIAL CALENDAR FOR JANUARY 04, 2006

ORIGINAL



UNITED STATES MAGISTRATE LESLIE E. KOBAYASHI

| | Name | CR Num | CNT | Cit #/Viol Dt | Violation | Disposition |
|---|---|---|---|---|---|---|
| T- 4) | MATTOS, GLENN E. | CR 05-00395 | 1 | R0124604 H40<br>06/21/2005 | PROOF OF COMPLIANCE<br>DUI | Fine ______ SA ______ |

CONT AS TRIAL MATTER FROM 9/7/05 A & P;
ALCOHOL ASSESSMENT, 14 HRS AAEA, FINE:
$100.00, SA: $5.00; CONT FROM 10/5/05
TRIALS AS POC; PAID $105.00 (CVB REPORT
10/14/05)

NKIT-POC
POC
Cont to 3/1/06

Donna Gray

Atty: LORETTA FAYMONVILLE, AFPD

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN - 4 2006

at ____o'clock and ____min.__ M
SUE BEITIA, CLERK

APPROVED AND SO ORDERED

Magistrate Judge LESLIE E. KOBAYASHI

APPROVED

A C O'Hanley

SAUSA CAPT. ALEXANDRA O'HANLEY

Dated: 01/04/2006